# United States Bankruptcy Court

## District of Connecticut



Filed & Entered
On Docket
October 6, 2015

In re:

Celina Snell
Last four digits of Social–Security No or other Individual
Taxpayer–Identification No (ITIN): xxx–xx–9090
Debtor(s)

Case Number: 15–21292 amn
Chapter: 13

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a Hearing will be held at **450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103** on **December 17, 2015** at **12:00 PM** to consider and act upon the following matter(s):

**Motion to Determine Claim Status Filed by Suzann L. Beckett on behalf of Celina Snell, Debtor. Beckett, Suzann) (Re: Doc #13)**

The hearing scheduled above may be continued or adjourned without further notice.

TO THE MOVANT: If you or your attorney do not participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: October 6, 2015

For the Court

Myrna Atwater
Acting Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – lad

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

### INSTRUCTIONS REGARDING THE ATTACHED NOTICE OF HEARING

**TO THE MOVING PARTY**

You are required to serve the attached Notice of Hearing along with these instructions n accordance with the Bankruptcy Rules.

You are required to file a Certificate of Service with the court indicating the names and physical address of each party served.

If you wish to request a continuance of the hearing, you should contact the Courtroom Deputy for the presiding judge.

Myrna Atwater, Acting Clerk of Court