```
                                              FILED
                                           2015 DEC 17  A 11: 23
                                           CLERK. U.S. BANKRUPTCY COURT
                                             DISTRICT OF CONNECTICUT
                                                  HARTFORD
```

# United States Bankruptcy Court
## DISTRICT OF CONNECTICUT

Gary M. Gfeller
Clerk, U.S. Bankruptcy Court

**APPEARANCE**

In Re: Snell, Celia                CASE NUMBER: 15-21292

Debtor(s)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel for: Celia Snell

December 17, 2015
*Date*

_____
Jesse C. Clark
543 Prospect Avenue
Hartford, CT 06105
(860) 836-7881
Federal Bar No. CT27448