**UNITED STATES BANKRUPTCY COURT**

**District of Connecticut**
**450 Main Street**
**7th Floor**
**Hartford, CT 06103**

In re: Celina Snell

Case Number: 15–21292
Chapter: 13

Dear Sir or Madam:

   This letter is to inform you that a Proof of Claim was filed in your name by the trustee on 12/21/15 in the amount of $ 11,310.00 .

   Should you wish to dispute the claim, you will need to file a Proof of Claim Form and indicate "supercedes trustee claim" on the face of the claim form. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

   Your claim will supercede the claim filed by the trustee.

Dated: 12/22/15

*(signature)*

Acting Clerk, U.S. Bankruptcy Court

cc: Celina Snell , Debtor
   Suzann L. Beckett, Debtor's Attorney
   Molly T. Whiton, Trustee
   Connecticut Housing Finance Authority, General Counsel's Office ,
Creditor