## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT : HARTFORD DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| CELINA SNELL | : | CHAPTER 13 |
|      DEBTOR | : | CASE NO: 15-21292 |
| | : | |
| | : | |

| | | |
|---|---|---|
| CELINA SNELL | : | |
|      MOVANT | : | |
| | : | January 13, 2016 |
| V | : | |
| | : | ECF NO. _____ |
| WELLS FARGO HOME MORTGAGE, | : | |
| BANK OF AMERICA, DITECH FINANCIAL, | : | |
| LLC, and CHIF | : | |
|      RESPONDENTS | : | |

### NOTICE OF CONTESTED MATTER RESPONSE DATE

Celia Snell, (the "Movant") has filed a Motion to Determine Claim Status Pursuant to 506(a), (the "Contested Matter") with the U.S. Bankruptcy Court.  Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than January 27, 2016.  In the absence of a timely filed response, the proposed order in the Contested Matter *may* enter without further notice and hearing, *see*, 11. U.S.C. section 102(1).

Dated: January 13, 2016        **CELINA SNELL, Movant**

                         /s/ Suzann L. Beckett
                         Suzann L. Beckett, Esq.
                         543 Prospect Avenue
                         Hartford, CT  06105
                         Fed Bar #ct 02186
                         860-236-1111

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT : HARTFORD DIVISION

|  |  |  |
|---|---|---|
| IN RE: | : |  |
|  | : |  |
| CELINA SNELL | : | CHAPTER 13 |
|      DEBTOR | : | CASE NO: 15-21292 |
|  | : |  |

|  |  |  |
|---|---|---|
| CELINA SNELL | : |  |
|     MOVANT | : |  |
|  | : | January 13, 2016 |
| V | : |  |
|  | : | ECF NO. _____ |
| WELLS FARGO HOME MORTGAGE, | : |  |
| BANK OF AMERICA, DITECH FINANCIAL, | : |  |
| LLC, and CHIF | : |  |
|     RESPONDENTS | : |  |

### MOTION TO DETERMINE CLAIM STATUS
### PURSUANT TO 506(a)

Suzann L. Beckett, Esq., as counsel for the Debtor Celina Snell, moves for a determination of claim status of certain encumbrances of real property, pursuant to 11 U.S.C. § 506(a), and in support thereof represents as follows:

1. On July 22, 2015, Celina Snell (hereinafter "Movant") filed a petition for relief under Chapter 13 of Title 11 of the U.S. Code. The case was filed in the U.S. Bankruptcy Court, District of Connecticut, at Hartford, and given Docket Number 15-21292.

2. An Asset of the Movant's bankruptcy estate includes the Debtor's interest in certain property known as 14 Dexter Street, Hartford, Connecticut (hereinafter "Real Property") The Real Property is her primary residence.

3.  At the time of the filing of the Chapter 13 petition, the Real Property had a value
    of approximately $95,000, as set forth in a Comparative Market Analysis
    performed by Century 21 Clemens and Sons. A copy is attached as ***Exhibit A***.

4.  At the time of the filing of the petition, the Real Property was subject to the
    following encumbrances:

    a.  A mortgage in favor of Wells Fargo Bank in the original principal amount of
        $121,500.00 dated September 18, 2006 and recorded September 22,
        2006 in the Hartford Land Records in Volume 5728 at Page 125, and a
        balance as of the petition date of approximately $103,335.23.

    b.  A mortgage in favor of MERS, as nominee for Capital One Home Loans,
        LLC in the original principal amount of $37,050.00 dated November 27,
        2007 and recorded December 21, 2007 in the Hartford Land Records in
        Volume 6025 at Page 223, and a balance as of the petition date of
        approximately $39,675.89. The mortgage was subsequently transferred to
        Bank of America and is presently serviced by Ditech Financial, LLC
        (formerly Greentree Servicing).

    c.  A mortgage in favor of City of Hartford (CHIF) in the original principal
        amount of $3,710.00 dated June 11, 2012 and recorded July 10, 2012 in
        the Hartford Land Records in Volume 6572 at Page 312.

    d.  A mortgage in favor of City of Hartford (CHIF) in the original principal
        amount of $14,890.00 dated June 11, 2012 and recorded July 10, 2012 in
        the Hartford Land Records in Volume 6572 at Page 315, and a balance
        due as of the petition date of approximately $11,310.00.

5. The first Mortgage held by Wells Fargo Home Mortgage had a balance of approximately $103,335.23 as of the petition date. The mortgage balance exceeds the value of the property.

6. The Debtor are entitled to and "could claim" an exemption with respect to the Real Property under Section 522(b) in the amount of $21,625.00.

7. Pursuant to Section 506(a) and 1322 (b)(2), the Movant contends the claim described in paragraphs 4(b), 4(c) and 4(d) above, should be deemed unsecured for purposes of the Chapter 13 plan.

8. The Connecticut Housing Finance Authority (CHFA) is noticed herein because a proof of claim was prepared on its behalf by the Chapter 13 Trustee.

9. Movant requests a determination of the secured status of these claims for purposes of determining the secured and unsecured portions of the same, as it pertains to the Confirmation and Consummation of the Debtor's Chapter 13 plan, as follows:

   a. That the Open End Mortgage in favor of Wells Fargo Home Mortgage in the original principal amount of $121,500.00 dated September 18, 2006 and recorded September 22, 2006 at Volume 5728 and Page 125 of the Hartford Land Records shall be deemed fully secured.

   b. That the mortgage in favor of MERS, as nominee for Capital One Home Loans, LLC in the original principal amount of $37,050.00 dated November 27, 2007 and recorded December 21, 2007 at Volume 6025, Page 232 of the Hartford Land Records shall be deemed fully unsecured. The mortgage was subsequently transferred to Bank of America and is presently serviced by Ditech Financial, LLC (formerly Greentree Servicing).

c. That the mortgage in favor of City of Hartford (CHIF), in the original principal amount of $3,710.00 dated June 11, 2012 and recorded July 10, 2012 at Volume 6572, Page 312 of the Hartford Land Records shall be deemed fully unsecured.

d. That the mortgage in favor of City of Hartford (CHIF), in the original principal amount of $14,890.00 dated June 11, 2012 and recorded July 10, 2012 at Volume 6572, Page 315 of the Hartford Land Records shall be deemed fully unsecured.

e. That the holder of any lien referenced herein shall retain such lien to the extend permitted under applicable non-bankruptcy law unless and until the Debtor receives a discharge under U.S.C. § 1328.

WHEREFORE, Movants pray for the following relief:

1. An order determining the secured status of the claims as set forth above for purposes of determining the secured and unsecured portions of the same, as it pertains to the Confirmation and Consummation of the Debtor's Chapter 13 Plan.

2. Such other relief as the Court deems appropriate.

**CELINA SNELL, Movant**

/s/ Suzann L. Beckett
Suzann L. Beckett, Esq.
543 Prospect Avenue
Hartford, CT 06105
Fed Bar #ct 02186
860-236-1111

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT : HARTFORD DIVISION**

IN RE:                                                    :
                                                         :
CELINA SNELL                                             :        CHAPTER 13
        DEBTOR                                    :        CASE NO:  15-21292
                                                         :

CELINA SNELL                                             :
        MOVANT                                    :
                                                         :
V                                                        :
                                                         :        ECF NO. _____
WELLS FARGO HOME MORTGAGE,                               :
BANK OF AMERICA, DITECH FINANCIAL,                       :
LLC, and CHIF                                            :
        RESPONDENTS                               :

**~PROPOSED~
ORDER PURSUANT TO 11 U.S.C. § 506(a)
ON MOTION TO DETERMINE CLAIM STATUS**

After notice and a hearing, *see* 11 U.S.C. § 102(1), and in compliance with the Court's Contested Matter Procedure on the Debtor's Motion to Determine Claim Status, ECF No. ___ (the "Motion"), and there being no objection thereto, and it having been represented that:

      1.     The fair market value, as of the Petition Date, June 22, 2015, of the Debtor's interest in real property known as 14 Dexter Street, Hartford, Connecticut, the Debtor's primary residence (the "Property"), is $95,000.00.

      2.     The encumbrances against the Property are summarized in the Motion.

IT IS ORDERED THAT:

      1.     Based on the representations set forthe in the Motion, and pursuant to 11 U.S.C. §§ 506(a) and 1322(b)(2), the extent to which the Debtor may, in her plan (the "Plan"), treat each of the described secured claims below as "secured" or "unsecured" is as follows:

A. First encumbrance
- i. Name of encumbrance holder:    Wells Fargo Home Mortgage.
- ii. Type of encumbrance:    Mortgage
- iii. Recording information:
  - a. Volume:    5728
  - b. Page:    125
  - c. City/Town:    Hartford
- iv. Amount of Encumbrance:    $103,335.23 in principal and interest as of the Petition Date is hereby treated as secured.

B. Second encumbrance
- i. Name of encumbrance holder:    Bank of America, as assignee of MERS as nominee for Capital One Home Loans, LLC, presently serviced by Ditech Finance, LLC.
- ii. Type of encumbrance:    Mortgage
- iii. Recording information:
  - a. Volume:    6025
  - b. Page:    232
  - c. City/Town:    Hartford
- iv. Amount of Encumbrance:    $39,675.89 in principal and interest as of the Petition Date is hereby treated as unsecured.

C. Third encumbrance
- i. Name of encumbrance holder:    City of Hartford
- ii. Type of encumbrance:    Mortgage
- iii. Recording information:
  - a. Volume:    6572
  - b. Page:    312
  - c. City/Town:    Hartford
- iv. Amount of Encumbrance:    $3,710.00 in principal and interest as of the Petition Date is hereby treated as unsecured.

D. Fourth encumbrance
- i. Name of encumbrance holder:    City of Hartford
- ii. Type of encumbrance:    Mortgage
- iii. Recording information:
  - a. Volume:    6572
  - b. Page:    315
  - c. City/Town:    Hartford

| | | |
|---|---|---|
| iv. | Amount of Encumbrance: | $11,310.00 in principal and interest as of the Petition Date is hereby treated as unsecured. |

**IT IS FURTHER ORDERED THAT:**

The holder of any lien referenced herein shall retain such lien to the extent permitted under applicable non-bankruptcy law unless and until the Debtor(s) receive(s) a discharge under 11 U.S.C. § 1328.

# EXHIBIT A

# Comparative Market Analysis

"THIS ANALYSIS HAS NOT BEEN PERFORMED IN ACCORDANCE WITH THE UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE WHICH REQUIRE VALUERS TO ACT AS UNBIASED, DISINTERESTED THIRD PARTIES WITH IMPARTIALITY, OBJECTIVITY AND INDEPENDENCE AND WITHOUT ACCOMMODATION OF PERSONAL INTEREST. IT IS NOT TO BE CONSTRUED AS AN APPRAISAL AND MAY NOT BE USED AS SUCH FOR ANY PURPOSE."



Researched and prepared by

Jose R Rivera Jr.

Prepared exclusively for

Celina Snell

Prepared on
July 16, 2015

Subject Property

14 Dexter

Hartford, CT

06106



**Jose R Rivera Jr.**
Century 21 Clemens and Sons
433 South Main Street, Ste 102
West Hartford, CT 06110
860-655-4044
joseriverajr.realtor@gmail.com

## Comparative Market Analysis

14 Dexter
Hartford, CT 06106

Thursday, July 16, 2015

## Summary of Comparable Listings

This page summarizes the comparable listings contained in this market analysis.

### Active Listings

| Address | MLS# | Bd | FB | HB | SqFt | Gr | Ac | Price | $/SqFt | List Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 Dexter , Hartford, 06106 | | 2 | 1 | 0 | 1075 | 1 | 0.13 | | | |
| 34 Sequin St , Hartford, 06106 | G10052411 | 3 | 1 | 0 | 1,042 | 0 | 0.16 | $94,999 | 91.17 | 06/09/2015 |
| 52 Dexter St , Hartford, 06106 | G10034761 | 3 | 2 | 0 | 2,128 | 0 | 0.20 | $129,900 | 61.04 | 04/09/2015 |
| Averages: | | 3 | 2 | 0 | 1,585 | | 0.18 | $112,450 | 76.11 | |

### Closed Listings

| Address | MLS# | Bd | FB | HB | SqFt | Gr | Ac | Price | $/SqFt | Close Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 Dexter , Hartford, 06106 | | 2 | 1 | 0 | 1075 | 1 | 0.13 | | | |
| 18 Grant St , Hartford, 06106 | G688160 | 3 | 2 | 0 | 1,496 | 0 | 0.13 | $105,000 | 70.19 | 03/30/2015 |
| 183 Saybrooke St , Hartford, 06106 | G10014311 | 2 | 1 | 0 | 1,079 | 1 | 0.20 | $115,000 | 106.58 | 04/29/2015 |
| 39 Sequin Street , Hartford, 06106 | G664680 | 4 | 2 | 0 | 1,942 | 1 | 0.17 | $118,000 | 60.76 | 08/26/2014 |
| 47 Grant Street , Hartford, 06106 | G693620 | 3 | 1 | 1 | 1,380 | 1 | 0.13 | $120,000 | 86.96 | 02/27/2015 |
| Averages: | | 3 | 2 | 0 | 1,474 | 1 | 0.16 | $114,500 | 81.12 | |

| | Low | Median | Average | High | Count |
|---|---|---|---|---|---|
| Comparable Price | $94,999 | $116,500 | $113,817 | $129,900 | 6 |
| Adjusted Comparable Price | $88,075 | $96,325 | $98,329 | $119,900 | 6 |

**Comparative Market Analysis**

14 Dexter
Hartford, CT 06106

Thursday, July 16, 2015

# CMA Price Adjustments
This page outlines the subject property versus comparables properties.





| Subject Property | | Details | Adjust | Details | Adjust |
|---|---|---|---|---|---|
| 14 Dexter # | | 34 Sequin St | | 52 Dexter St | |
| Hartford, CT 06106 | | Hartford, CT 06106 | | Hartford, CT 06106 | |
| MLS# | | G10052411 | | G10034761 | |
| Status | | Active | | Active | |
| List Price | | $94,999 | | $129,900 | |
| Sale Price | | | | | |
| LP/SqFt | | 91.17 | | 61.04 | |
| SP/SqFt | | | | | |
| | | | | | |
| Beds | 2 | 3 | −5,000 | 3 | −5,000 |
| Full Baths | 1 | 1 | | 2 | −5,500 |
| Half Baths | 0 | 0 | | 0 | |
| Garage | 1 | 0 | 7,000 | 0 | 7,000 |
| Acres | 0.13 | 0.16 | | 0.20 | |
| Heat Type | Oil | Baseboard | | Gas | |
| SqFt | 1075 | 1,042 | 825 | 2,128 | −26,325 |
| Year Built | 1956 | 1943 | | 1957 | |
| Style | Cape Cod | Cape Cod | | Cape Cod | |
| Waterfront | No | No | | No | |
| Pool | No | No | | No | |
| Amenities | | | | | |
| Fireplaces Nur | 0 | | 0 | 1 | −5,000 |
| Cooling System | 0 | Other | 0 | None | 0 |
| Thermo Pane \ | Yes | Yes | 0 | No | −5,000 |
| Roof Info | New | New | 0 | Old | −2,000 |
| Security System | No | | 0 | | 0 |
| Remarks: | | | | | |

<table>
<tr><td></td><td>NICE 3 BED ROOM CAPE WITH POTENTIAL<br>FOR A 4TH BEDROOM. THERE IS A CLOSET IN<br>DINING ROOM THAT COULD BE USED AS A<br>FAMILY ROOM OR BEDROOM PARTIALLY<br>FINISHED REC ROOM IN BASEMENT.<br>APPLIANCES NOT INCLUDED IN SALE.</td><td>Good size cape, almost all windows are<br>newer, fence yard, great for family<br>gatherings and access to parks, shopping.</td></tr>
</table>

| | Price | $94,999 | $129,900 |
|---|---|---|---|
| | Total Adjustments | $2,825 | $-41,825 |
| | Adjusted Price | $97,824 | $88,075 |

Researched and prepared by **Jose Rivera**

# Comparative Market Analysis

14 Dexter
Hartford, CT 06106

Thursday, July 16, 2015

## CMA Price Adjustments

This page outlines the subject property versus comparables properties.





| Subject Property | | Details | Adjust | Details | Adjust |
|---|---|---|---|---|---|
| 14 Dexter # | | 18 Grant St | | 39 Sequin Street | |
| Hartford, CT 06106 | | Hartford, CT 06106 | | Hartford, CT 06106 | |
| MLS# | | G688160 | | G664680 | |
| Status | | Closed | | Closed | |
| List Price | | $110,900 | | $114,900 | |
| Sale Price | | $105,000 | | $118,000 | |
| LP/SqFt | | 74.13 | | 59.17 | |
| SP/SqFt | | 70.19 | | 60.76 | |
| | | | | | |
| Beds | 2 | 3 | -5,000 | 4 | -10,000 |
| Full Baths | 1 | 2 | -5,500 | 2 | -5,500 |
| Half Baths | 0 | 0 | | 0 | |
| Garage | 1 | 0 | 7,000 | 1 | |
| Acres | 0.13 | 0.13 | | 0.17 | |
| Heat Type | Oil | Baseboard | | Warm Air | |
| SqFt | 1075 | 1,496 | -10,525 | 1,942 | -21,675 |
| Year Built | 1956 | 1953 | | 1942 | |
| Style | Cape Cod | Cape Cod | | Cape Cod | |
| Waterfront | No | | | | |
| Pool | No | No | | No | |
| Amenities | | | | | |
| Fireplaces Nur | 0 | 0 | 0 | 0 | 0 |
| Cooling Syste | 0 | None | 0 | Central Air | 8,000 |
| Thermo Pane \ | Yes | Yes | 0 | Yes | 0 |
| Roof Info | New | New | 0 | New | 0 |
| Security Syste | No | No | 0 | Yes | 1,000 |
| Remarks: | | | | | |

| | | |
|---|---|---|
| | Perfect opportunity to own a home. 3 Bedroom, 2 full baths, gas heat, finished basement, and more! Large backyard w/ deck. Subject to short sale approval. Property needs work | Charming cape w/ 2 full baths, updated kitchen w/ ss appliances. Newer driveway, architectural roof, vinyl wndows, fully fenced in yard- great for entertaining. Fully finished basement. Large backyard w/ detached garage. Many updates *must see* |

| | | |
|---|---|---|
| Price | $105,000 | $118,000 |
| Total Adjustments | $-14,025 | $-23,175 |
| Adjusted Price | $90,975 | $94,825 |

Researched and prepared by **Jose Rivera**

# Comparative Market Analysis

14 Dexter
Hartford, CT 06106

Thursday, July 16, 2015

## CMA Price Adjustments
This page outlines the subject property versus comparables properties.

  

| Subject Property | | Details | Adjust | Details | Adjust |
|---|---|---|---|---|---|
| 14 Dexter # | | 47 Grant Street | | 183 Saybrooke St | |
| Hartford, CT 06106 | | Hartford, CT 06106 | | Hartford, CT 06106 | |
| MLS# | | G693620 | | G10014311 | |
| Status | | Closed | | Closed | |
| List Price | | $119,000 | | $119,900 | |
| Sale Price | | $120,000 | | $115,000 | |
| LP/SqFt | | 86.23 | | 111.12 | |
| SP/SqFt | | 86.96 | | 106.58 | |
| | | | | | |
| Beds | 2 | 3 | -5,000 | 2 | |
| Full Baths | 1 | 1 | | 1 | |
| Half Baths | 0 | 1 | -4,000 | 0 | |
| Garage | 1 | 1 | | 1 | |
| Acres | 0.13 | 0.13 | | 0.20 | |
| Heat Type | Oil | Radiator | | Radiator | |
| SqFt | 1075 | 1,380 | -7,625 | 1,079 | -100 |
| Year Built | 1956 | 1940 | | 1943 | |
| Style | Cape Cod | Cape Cod | | Cape Cod | |
| Waterfront | No | | | No | |
| Pool | No | No | | No | |
| Amenities | | | | | |
| Fireplaces Nur | 0 | 1 | -5,000 | 0 | 0 |
| Cooling System | 0 | None | 0 | None | 0 |
| Thermo Pane | Yes | Yes | 0 | | 0 |
| Roof Info | New | Old | 0 | New | 0 |
| Security System | No | No | 0 | No | 0 |
| Remarks: | | | | | |

Nice cape on quiet street! 3 Bedrooms & 1.1 Baths. Flat fenced in backyard. Good size garage. Hardwood floors. Fireplace. Open kitchen with pantry. Home needs just a little love to make it shine!! Sold as-is.

Delightful Cape displaying a newer kitchen with ceramic tile, newer roof, windows and driveway. Fenced yard in a corner lot.

| | | |
|---|---|---|
| Price | $120,000 | $115,000 |
| Total Adjustments | $-21,625 | $4,900 |
| Adjusted Price | $98,375 | $119,900 |

Researched and prepared by **Jose Rivera**

## Comparative Market Analysis

14 Dexter
Hartford, CT 06106

Thursday, July 16, 2015

## Minimums and Maximums
This page summarizes key fields of the listings in this analysis.

### The listings in this analysis can be summarized as follows:

Listing Price between $94,999 and $129,900

2 to 4 Bedrooms

1 to 2 Full Bathrooms

0 to 1 Half Bathroom

1,042 to 2,128 Square Feet

$59.17 to $111.12 per Square Foot

$60.76 to $106.58 per Sold Square Foot

Year Built between 1940 and 1957

**Comparative Market Analysis**

14 Dexter
Hartford, CT 06106

Thursday, July 16, 2015

## Number of Days On Market

This graph illustrates the number of days on market for the listings in this analysis.



## Comparative Market Analysis

14 Dexter
Hartford, CT 06106

Thursday, July 16, 2015

## List Price and Sale Price

This graph illustrates the list price, along with sale price in Sold listings.



**Comparative Market Analysis**

14 Dexter
Hartford, CT 06106

Thursday, July 16, 2015

## Brief Summary of Compared Listings

This report summarizes the comparable listings contained in this market analysis.

### Status: Active

| MLS# | Address | Style | Acres | Yr Blt | SqFt | Rms | Bds | Bth | L/S Price | DOM |
|------|---------|-------|-------|--------|------|-----|-----|-----|-----------|-----|
| G1005241 | 34 Sequin St | Cape Cod | 0.16 | 1943 | 1,042 | 6 | 3 | 1/0 | $94,999 | 37 |
| G1003476 | 52 Dexter St | Cape Cod | 0.20 | 1957 | 2,128 | 6 | 3 | 2/0 | $129,900 | 98 |
| Averages: | | | | | 1,585 | 6 | 3 | 2/0 | $112,450 | 68 |

### Status: Closed

| MLS# | Address | Style | Acres | Yr Blt | SqFt | Rms | Bds | Bth | L/S Price | DOM |
|------|---------|-------|-------|--------|------|-----|-----|-----|-----------|-----|
| G688160 | 18 Grant St | Cape Cod | 0.13 | 1953 | 1,496 | 6 | 3 | 2/0 | $105,000 | 135 |
| G1001431 | 183 Saybrooke St | Cape Cod | 0.20 | 1943 | 1,079 | 5 | 2 | 1/0 | $115,000 | 60 |
| G664680 | 39 Sequin Street | Cape Cod | 0.17 | 1942 | 1,942 | 6 | 4 | 2/0 | $118,000 | 201 |
| G693620 | 47 Grant Street | Cape Cod | 0.13 | 1940 | 1,380 | 5 | 3 | 1/1 | $120,000 | 140 |
| Averages: | $114,500 | | | | 1,474 | 6 | 3 | 2/0 | $114,500 | 134 |

### Summary

| Status | Total | Avg Price | Avg $ Per SqFt | Median | Low | High | Avg CDOM |
|--------|-------|-----------|----------------|--------|-----|------|----------|
| ACTIVE | 2 | $112,450 | $76.11 | $112,450 | $94,999 | $129,900 | 68 |
| CLOSED | 4 | $114,500 | $81.12 | $116,500 | $105,000 | $120,000 | 265 |
| Total | 6 | $113,817 | $79.45 | $116,500 | $94,999 | $129,900 | 199 |

Researched and prepared by Jose Rivera

# Comparative Market Analysis

14 Dexter
Hartford, CT 06106

Thursday, July 16, 2015

These pages give a general overview of the selected properties.

## Active Properties

### 34 Sequin St



| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Style:** | Cape Cod | | **Rooms:** | 6 |
| **MLS #:** | G10052411 | **Status:** | Active | **Beds:** 3 | **Price:** | $94999 |
| **County:** | Hartford | | | **Baths:** 1/0 | | |
| **Subdiv:** | | | | **Yr Blt:** 1943 | | |
| **Type:** | Single Family | | | **SqFt:** 1,042 | **DOM:** 37 | |
| **Parking:** | Open | | | | **Acres:** 6,860 | |

**Rmks:** NICE 3 BED ROOM CAPE WITH POTENTIAL FOR A 4TH BEDROOM. THERE IS A CLOSET IN DINING ROOM THAT COULD BE USED AS A FAMILY ROOM OR BEDROOM PARTIALLY FINISHED REC ROOM IN BASEMENT. APPLIANCES NOT INCLUDED IN SALE.

**Direct:** SEQUIN ST

### 52 Dexter St



| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Style:** | Cape Cod | | **Rooms:** | 6 |
| **MLS #:** | G10034761 | **Status:** | Active | **Beds:** 3 | **Price:** | $129900 |
| **County:** | Hartford | | | **Baths:** 2/0 | | |
| **Subdiv:** | | | | **Yr Blt:** 1957 | | |
| **Type:** | Single Family | | | **SqFt:** 2,128 | **DOM:** 98 | |
| **Parking:** | None | | | | **Acres:** 8,500 | |

**Rmks:** Good size cape, almost all windows are newer, fence yard, great for family gatherings and access to parks, shopping.

**Direct:** Gilman or New Britain Ave to Dexter.

# Comparative Market Analysis

14 Dexter
Hartford, CT 06106

Thursday, July 16, 2015

These pages give a general overview of the selected properties.

## Closed Properties

### 18 Grant St



|  |  |  |  |
|---|---|---|---|
| MLS #: | G688160 | Style: | Cape Cod |
| County: | Hartford | Status: | Closed |
| Subdiv: |  |  |  |
| Type: | Single Family |  |  |
| Parking: |  |  |  |

| Beds: | 3 | Rooms: | 6 |
|---|---|---|---|
| Baths: | 2/0 | Price: | $105000 |
| Yr Blt: | 1953 | Close Dt: | 3/30/2015 |
| SqFt: | 1,496 | DOM: | 135 |
|  |  | Acres: |  |

**Rmks:** Perfect opportunity to own a home. 3 Bedroom, 2 full baths, gas heat, finished basement, and more! Large backyard w/ deck. Subject to short sale approval. Property needs work

**Direct:** New britain to grant st

### 183 Saybrooke St



|  |  |  |  |
|---|---|---|---|
| MLS #: | G10014311 | Style: | Cape Cod |
| County: | Hartford | Status: | Closed |
| Subdiv: |  |  |  |
| Type: | Single Family |  |  |
| Parking: | Car Port |  |  |

| Beds: | 2 | Rooms: | 5 |
|---|---|---|---|
| Baths: | 1/0 | Price: | $115000 |
| Yr Blt: | 1943 | Close Dt: | 4/29/2015 |
| SqFt: | 1,079 | DOM: | 60 |
|  |  | Acres: | 8,500 |

**Rmks:** Delightful Cape displaying a newer kitchen with ceramic tile, newer roof, windows and driveway. Fenced yard in a corner lot.

**Direct:** Hamilton to Brookfield to Saybrooke Street.

### 39 Sequin Street



|  |  |  |  |
|---|---|---|---|
| MLS #: | G664680 | Style: | Cape Cod |
| County: | Hartford | Status: | Closed |
| Subdiv: |  |  |  |
| Type: | Single Family |  |  |
| Parking: | Detached |  |  |

| Beds: | 4 | Rooms: | 6 |
|---|---|---|---|
| Baths: | 2/0 | Price: | $118000 |
| Yr Blt: | 1942 | Close Dt: | 8/26/2014 |
| SqFt: | 1,942 | DOM: | 201 |
|  |  | Acres: |  |

**Rmks:** Charming cape w/ 2 full baths, updated kitchen w/ ss appliances. Newer driveway, architectural roof, vinyl wndows, fully fenced in yard- great for entertaining. Fully finished basement. Large backyard w/ detached garage. Many updates *must see*

**Direct:** Broadview terr to sequin street.

### 47 Grant Street



|  |  |  |  |
|---|---|---|---|
| MLS #: | G693620 | Style: | Cape Cod |
| County: | Hartford | Status: | Closed |
| Subdiv: |  |  |  |
| Type: | Single Family |  |  |
| Parking: | Detached |  |  |

| Beds: | 3 | Rooms: | 5 |
|---|---|---|---|
| Baths: | 1/1 | Price: | $120000 |
| Yr Blt: | 1940 | Close Dt: | 2/27/2015 |
| SqFt: | 1,380 | DOM: | 140 |
|  |  | Acres: |  |

**Rmks:** Nice cape on quiet street! 3 Bedrooms & 1.1 Baths. Flat fenced in backyard. Good size garage. Hardwood floors. Fireplace. Open kitchen with pantry. Home needs just a little love to make it shine!! Sold as-is.

**Direct:** New britain avenue to grant street

# Comparative Market Analysis

14 Dexter
Hartford, CT 06106

Thursday, July 16, 2015

These pages give a general overview of the selected properties.

## Active Properties

| | |
|---|---|
| Total # of Listings | 2 |
| Lowest Price | $94,999 |
| Highest Price | $129,900 |
| Average Price | $112,450 |
| Avg. Price/SqFt | $76.11 |
| Avg DOM | 68 |



## Closed Properties

| | |
|---|---|
| Total # of Listings | 4 |
| Lowest Price | $105,000 |
| Highest Price | $120,000 |
| Average Price | $114,500 |
| Avg. Price/SqFt | $81.12 |
| Avg DOM | 134 |



Researched and prepared by **Jose Rivera**

## Comparative Market Analysis

14 Dexter
Hartford, CT 06106

Thursday, July 16, 2015

These pages give a general overview of the selected properties.

### Summary Graph/Analysis



| | Avg Price | Min Price | Max Price |

### Cumulative Analysis

| Listing Category | Lowest Price | Highest Price | Average Price | Avg $ Per SF |
|---|---|---|---|---|
| Active | $94,999 | $129,900 | $112,450 | $76.11 |
| Closed | $105,000 | $120,000 | $114,500 | $81.12 |
| **Totals / Averages** | **$94,999** | **$129,900** | **$113,817** | **$79.45** |

### Sold Property Analysis

| Address | List Price | Closed Price | DOM | %SP/LP | SP/Sqft |
|---|---|---|---|---|---|
| 18 Grant St | $110,900 | $105,000 | 135 | %75.05 | $70.19 |
| 183 Saybrooke St | $119,900 | $115,000 | 60 | %95.91 | $106.58 |
| 39 Sequin Street | $114,900 | $118,000 | 201 | %90.84 | $60.76 |
| 47 Grant Street | $119,000 | $120,000 | 140 | %96.77 | $86.96 |
| **Total Averages** | **$116,175** | **$114,500** | **265** | **%89.65** | **$81.12** |

### Property Summary

| S | Street Address | Bds | Bth | Sqft | L Price | S Price | Close Date | DOM |
|---|---|---|---|---|---|---|---|---|

Researched and prepared by Jose Rivera



## Comparative Market Analysis

14 Dexter
Hartford, CT 06106

Thursday, July 16, 2015

These pages give a general overview of the selected properties.

| S | Street Address | Bds | Bth | Sqft | L Price | S Price | Close Date | DOM |
|---|----------------|-----|-----|------|---------|---------|------------|-----|
| **Active** | | | | | | | | |
| A | 34 Sequin St | 3 | 1/0 | 1,042 | $94,999 | | | 37 |
| A | 52 Dexter St | 3 | 2/0 | 2,128 | $129,900 | | | 98 |
| **Closed** | | | | | | | | |
| CL | 18 Grant St | 3 | 2/0 | 1,496 | $110,900 | $105,000 | 03/30/2015 | 135 |
| CL | 183 Saybrooke St | 2 | 1/0 | 1,079 | $119,900 | $115,000 | 04/29/2015 | 60 |
| CL | 39 Sequin Street | 4 | 2/0 | 1,942 | $114,900 | $118,000 | 08/26/2014 | 201 |
| CL | 47 Grant Street | 3 | 1/1 | 1,380 | $119,000 | $120,000 | 02/27/2015 | 140 |

Researched and prepared by **Jose Rivera**

## Comparative Market Analysis

14 Dexter
Hartford, CT 06106

Thursday, July 16, 2015

## Pricing Recommendation

This page suggests a recommended selling price based on a thorough analysis of your property.

After analyzing your property, comparable properties on the market now, recent sales and comparable properties that failed to sell, I conclude that in the current market, your property is most likely to sell for $99,900.

Researched and prepared by **Jose Rivera**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT : HARTFORD DIVISION**

IN RE:                                    :

CELINA SNELL                              :        CHAPTER 13
              DEBTOR                       :        CASE NO:  15-21292
                                          :

CELINA SNELL                              :
              MOVANT                       :
                                          :        January 13, 2016
V                                         :
                                          :        ECF NO. _____
WELLS FARGO HOME MORTGAGE,                 :
BANK OF AMERICA, DITECH FINANCIAL,         :
LLC, and CHIF                             :
              RESPONDENTS                  :

**CERTIFICATION OF SERVICE**
**MOTION TO DETERMINE SECURED CLAIM STATUS**
**PURSUANT TO 506(a)**

The undersigned certifies that a copy of the **Notice of Contested Matter Response
Date, Motion to Determine Secured Claim Status, Exhibit, and Proposed Order,**
were mailed this 13th day of January, 2016, via the ECF Electronic Filing System of the
U.S. Bankruptcy Court and/or via U.S. Postal Service, postage prepaid, to the following:

**U.S. Trustee**
Office of the United States Trustee
One Century Tower
265 Church Street, Suite 1103
New Haven, CT  06510

Molly T. Whiton, Esq., **Chapter 13Trustee**
10 Columbus Boulevard
6th Floor
Hartford,  CT 06106

**CHIF (via certified mail, return receipt requested)**
*Attn:  President*
121 Tremont Street
Hartford, CT  06105
*Creditor*

**CHFA (via certified mail, return receipt requested)**
*Attn:  General Counsel's Office*
999 West Street
Rocky Hill, CT 06067
*Creditor*

**Wells Fargo Bank, N.A. (via certified mail, return receipt requested)**
Attn: Bankruptcy Department, MAC#D3347-014
3476 Stateview Blvd.
Fort Mill, SC 29715
*Creditor*

**Ditech Financial, LLC (via certified mail, return receipt requested)**
7340 S. Kryene Rd., T-120
Tempe, AZ 85283
*Creditor*

**Bank of America, N.A. (via certified mail, return receipt requested)**
Legal Order Processing
PO Box 15047
Wilmington, DE 19850-5047
*Creditor*

/s/ Suzann L. Beckett
Suzann L. Beckett, Esq.
543 Prospect Avenue
Hartford, CT  06105
Fed Bar #ct 02186
860-236-1111